| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00607**<br>Court:   **CIRCUIT**<br>County: **FAYETTE** |

*Plantiff,* **SPIKENER, MAJESTY VS. OLIVE GARDEN HOLDINGS, LLC**, *Defendant*

TO: **CORPORATION CREATIONS NETWORK, INC.**
   **101 NORTH 7TH STREET**
   **LOUISVILLE, KY 40202**

Memo: Related party is OLIVE GARDEN HOLDINGS, LLC

The Commonwealth of Kentucky to Defendant:
**OLIVE GARDEN HOLDINGS, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Vincent Riggs, Fayette Circuit Clerk
Date: **02/17/2018**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Presiding Judge: HON. PAMELA GOODWINE (622212)

Summons ID: 8829166464566@00000794739
CIRCUIT: 18-CI-00607 Certified Mail
SPIKENER, MAJESTY VS. OLIVE GARDEN HOLDINGS, LLC

Page 1 of 1
EXHIBIT A
Package: 000602 of 000006



*Electronically Filed*
COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION \_\_\_
CIVIL ACTION NO. 18-CI-_____

MAJESTY SPIKENER                                                                 PLAINTIFF

VS.                                    **COMPLAINT**

OLIVE GARDEN HOLDINGS, LLC
d/b/a OLIVE GARDEN RESTAURANT                                DEFENDANT

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

Comes the Plaintiff, Majesty Spikener, by counsel, and for her complaint against the Defendant, Olive Garden Holdings, LLC, states and alleges as follows:

## I.     **PARTIES**

1. The Plaintiff, Majesty Spikener, is, and at all times hereto relevant was, a citizen of Fayette County, Kentucky.

2. The Defendant, Olive Garden Holdings, LLC, is, and at all times hereto relevant was, a citizen of Fayette County, Kentucky, and may be served with process at Corporation Creations Network Inc., 101 North Seventh Street, Louisville, KY 40202.

## II.     **JURISDICTION**

3. The statutory violations, tortious acts and tortious omissions alleged herein, and the resulting injuries to the Plaintiff all occurred in Fayette County, Kentucky.

4. The Plaintiff is, and has at all times hereto relevant been, a resident of Fayette County, Kentucky.

5. The Defendant's restaurant, Olive Garden Italian Restaurant, is located and doing business in Fayette County, Kentucky.

### III. FACTUAL ALLEGATIONS

6. That the Plaintiff, Majesty Spikener, is an African-American female.

7. That in early November, 2016, in Fayette County, Kentucky, the Plaintiff, Majesty Spikener, was hired by the Defendant as a waitress at the Olive Garden Italian Restaurant located at 3385 Nicholasville Road in Lexington, Kentucky.

8. That throughout her time working for the Defendant, the Plaintiff was subject to a racially hostile work environment.

9. That at her initial employee training, the Plaintiff witnessed the manager, Mr. Sean Nealey, fire an employee, Breyanna Haynes, for being too dark and for not being "the presentable type of black person."

10. That throughout the time spent working at the Defendant's restaurant, the Plaintiff was told numerous times by the manager that she needed to be "prettier" and "more like the light-skinned girls."

11. The Plaintiff was also told by the manager on numerous occasions, and once in front of another employee, that the Plaintiff was "not a quality black person."

12. The racial hostility occurred consistently throughout the Plaintiff's employment.

13. Ultimately, Plaintiff was terminated in retaliation for reporting the racial hostility to upper management.

## IV. CAUSES OF ACTION

### Unlawful Discrimination and Retaliatory Discharge in Violation of the Kentucky Civil Rights Act, KRS 344.010, *et seq*.

14. The Plaintiff restates and reincorporates Paragraphs 1-13 of the Complaint as if fully set out herein.

15. That the Plaintiff is an African-American female.

16. That the Defendant was subject to a racially hostile work environment due to her skin color.

17. That the Plaintiff was frequently told to be more like the "light-skinned" girls.

18. That the Plaintiff was told on more than one occasion that she was not "a quality black person."

19. That the Plaintiff was frequently told to be "prettier."

20. That the behavior toward the Plaintiff humiliated and embarrassed the Plaintiff.

21. That the hostile behavior was severe and pervasive.

22. As a direct result of the statutory violations of the Defendant and the Defendant's breach of duties imposed by law, the Plaintiff has sustained severe and permanent injury, and Plaintiff will continue to suffer mental anguish and emotional distress all to her damage in excess of the jurisdictional threshold of this Court.

23. Plaintiff is entitled to compensatory damages against the Defendant in an amount sufficient to fully compensate Plaintiff for the damages suffered as a result of Defendant's violation of the Plaintiff's statutorily protected rights, for discrimination against the Plaintiff and for subjecting the Plaintiff to a racially hostile work environment.

## Punitive Damages

24. The Plaintiff restates and reincorporates Paragraphs 1-23 of the Complaint as if fully set out herein.

25. The manager perpetrating the discrimination acted with malice.

26. The manager perpetrating the discrimination acted with reckless disregard as to whether the Plaintiff's statutorily protected rights were being violated.

27. The manager perpetrating the discrimination did so in the face of a risk that continued, pervasive and severe racial hostility in the work place would violate the law.

28. The manager perpetrating the discrimination was employed in a managerial capacity and was acting in the scope of his employment.

29. That Plaintiff reported racial hostility to upper management. Instead of properly investigating and acting, the Defendant, through its agents, terminated the Plaintiff.

30. The Defendant did not engage in good faith efforts to comply with KRS 344.040.

31. The Defendant acted with oppression when it acted in a manner specifically intended to cause cruel and unjust hardship to the Plaintiff.

32. The Plaintiff is entitled to punitive damages against the Defendant in an amount sufficient to punish and discourage the Defendant and others like the Defendant from similar conduct in the future.

**WHEREFORE**, the Plaintiff, Majesty Spikener, demands the following relief:

1. Judgment against the Defendant in such amount of compensatory damages as may be reasonably determined from the evidence;

2. Judgment against the Defendant in such amount of punitive damages as may be reasonably determined to punish and discourage the Defendant and others like the Defendant from similar conduct in the future;

3. Her costs herein expended, including a reasonable attorney's fee to the extent permitted by law;

4. A trial by jury; and,

5. All other relief to which Plaintiff may be legally and equitably entitled.

RYAN ROBEY, ESQ
COOLEY IULIANO ROBEY, PLLC
301 EAST MAIN STREET, SUITE 650
LEXINGTON, KENTUCKY 40507
TELEPHONE: (859) 258-2697
FACSIMILE: (859) 402-0296
EMAIL: ryan@cirlegal.com
*Counsel for Plaintiff*

## VERIFICATION

I, Majesty Spikener, do hereby certify that the information contained in the foregoing Complaint is true and correct to the best extent of my knowledge and belief.

_____
MAJESTY SPIKENER

STATE OF KENTUCKY
COUNTY OF FAYETTE

Subscribed and sworn to before me, by Majesty Spikener, this 4th day of February, 2018.

My Commission Expires: 2-20-18

Notary ID Number: 506615

_____
NOTARY PUBIC – STATE AT LARGE, KENTUCKY

EXHIBIT A